IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                          CRIMINAL ACTION NO. 1:08cr135WJG-RHW-1

PAUL RICHARD ARCENEAUX

O R D E R

THIS CAUSE is before the Court, *sua sponte*, for the purpose of addressing Defendant Paul Richard Arceneaux's "Waiver of Speedy Trial" filed this date. (Ct. R., Doc. 21.). There is currently no motion for continuance of Defendant's trial pending before this Court. Defendant, however, has included a request for a continuance of his trial until sometime after April 1, 2009, in his waiver. The Court will therefore construe the waiver as a motion for continuance.

Defense counsel is admonished to pay closer attention to his pleading practice, calling upon the Clerk of Court for assistance if necessary in filing his documents. Defense counsel is directed to use the complete criminal action number on all pleadings, including the prefix designating the division in which the case is filed, and the suffix designating the district and magistrate judge assignments.

Upon a review of the record in this matter and communications, both oral and written, with counsel for the United States and this Defendant, the Court finds the case should be continued to the next docket of this Court. Any conflicts with this setting shall be resolved by the parties immediately as no further continuances shall be granted. It is, therefore,

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                          CRIMINAL ACTION NO. 1:08cr135WJG-RHW-1

PAUL RICHARD ARCENEAUX

O R D E R

THIS CAUSE is before the Court, *sua sponte*, for the purpose of addressing Defendant Paul Richard Arceneaux's "Waiver of Speedy Trial" filed this date. (Ct. R., Doc. 21.). There is currently no motion for continuance of Defendant's trial pending before this Court. Defendant, however, has included a request for a continuance of his trial until sometime after April 1, 2009, in his waiver. The Court will therefore construe the waiver as a motion for continuance.

Defense counsel is admonished to pay closer attention to his pleading practice, calling upon the Clerk of Court for assistance if necessary in filing his documents. Defense counsel is directed to use the complete criminal action number on all pleadings, including the prefix designating the division in which the case is filed, and the suffix designating the district and magistrate judge assignments.

Upon a review of the record in this matter and communications, both oral and written, with counsel for the United States and this Defendant, the Court finds the case should be continued to the next docket of this Court. Any conflicts with this setting shall be resolved by the parties immediately as no further continuances shall be granted. It is, therefore,

ORDERED that Defendant Paul Richard Arceneaux's trial be, and is hereby, continued, to this Court's docket beginning April 6, 2009, which docket shall continue until all matters appearing on the docket are heard. It is further,

ORDERED that the deadlines contained in the Scheduling Order, (Ct. R., Doc. 6), of this Court be, and is hereby, amended as follows:

| | |
|---|---|
| Non-Dispositive Motions: | March 2, 2009 |
| Dispositive Motions: | March 9, 2009 |
| Notification of Plea Agreement Deadline: | March 19, 2009 |
| Jury Instructions/Witness and Exhibit Lists: | April 1, 2009 |

In all other respect, the Scheduling Order shall remain unchanged and in full force and effect.

SO ORDERED this the 22nd day of January, 2009.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE