IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                                                                   1:08cr135WJG-RHW-1

PAUL RICHARD ARCENEAUX

### O R D E R

THIS MATTER is before the Court *sua sponte* on the failure of Lowell H. Becraft Jr., counsel for Defendant Paul Richard Arceneaux, to appear at his client's sentencing hearing after being duly noticed and specifically advised by this Court to appear. For the reasons stated in open Court at Defendant's sentencing hearing held July 15, 2009[1], the Court finds that the *pro hac vice* status extended to Mr. Becraft should be revoked, and that Mr. Becraft should be barred from practicing in this Court without the specific permission of the Court. It is therefore,

ORDERED, that the *pro hac vice* admission status of Mr. Becraft be, and is hereby, revoked. It is further,

ORDERED, that Mr. Becraft be terminated as counsel for the Defendant in this matter and shall no longer participate in any capacity in this cause. It is further,

---

[1] Mr. Arceneaux appeared at his sentencing hearing with his local counsel Donald W. Medley, who was present at Mr. Arceneaux, though he did participate in either opening statements, the examination of witnesses, nor the closing argument. Mr. Arceneaux expressed his desire to proceed with his sentencing as scheduled under representation by Mr. Medley.

ORDERED, that Mr. Becraft is barred from appearing in any cause pending before this Court without first obtaining the specific permission of this Court to file an application for admission to practice before this Court.

SO ORDERED, this the 16th day of July, 2009.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE